1421

## RECONSIDERATION DOCKET

**95–653.   State ex rel. Toth v. Indus. Comm.**
Franklin App. No. 94APD02–236.   Reported at 80 Ohio St.3d 360, 686 N.E.2d 514.   On motion for reconsideration.   Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.